UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROGER LEE SMITH, :
:
    Petitioner, :    Civ. No. 23-3202 (RBK)
:
v. :
:
WARDEN STEVIE M. KNIGHT, :    **MEMORANDUM & ORDER**
:
    Respondent. :
:

    Petitioner is a federal prisoner incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Previously, this Court administratively terminated this case as Petitioner had not paid the filing fee nor had he applied to proceed *in forma pauperis*. (*See* ECF 2). Petitioner has now paid the filing fee such that the Clerk will be ordered to reopen this case.[1]

    In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the petition for dismissal and determined that dismissal without an answer and the record is not warranted. However, this Court notes that Petitioner's habeas petition may now be subject to dismissal pursuant to the recent United States Supreme Court decision in *Jones v. Hendrix*, 143 S. Ct. 1857 (2023). Respondent's response to the habeas petition shall expressly address the impact of this recent Supreme Court case to Petitioner's habeas petition.

    Accordingly, IT IS on this 19th day of July 2023,

    ORDERED that the Clerk shall reopen this case; and it is further

    ORDERED that the Clerk shall refund Petitioner $5.00; and it is further

---

[1] It appears that the Clerk received two $5.00 payments from Petitioner. Thus, the Clerk will be ordered to refund Petitioner $5.00.

ORDERED that the Clerk shall serve a copy of the habeas petition and this memorandum and order on Respondent by regular U.S. mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the habeas petition (ECF 1) and this memorandum and order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within forty-five (45) days of the date of the entry of this memorandum and order, Respondent shall file and serve a response which responds to the allegations and grounds in the habeas petition and which includes all affirmative defenses Respondent seeks to invoke as well as specifically addresses the recent United States Supreme Court's decision in *Jones v. Hendrix*, 143 S. Ct. 1857 (2023) as it relates to Petitioner's habeas petition; and it is further

ORDERED that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that within forty-five (45) days of receipt of the response, Petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk; and it is further

ORDERED that the Clerk shall serve this memorandum order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge